NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 31 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| U.S. SECURITIES & EXCHANGE COMMISSION, | No. 17-55849 |
| Plaintiff-Appellee, | D.C. No. 8:16-cv-00974-CJC-AGR |
| v. | |
| CHARLES C. LIU; XIN WANG, AKA Lisa Wang, | ORDER |
| Defendants-Appellants, | |
| and | |
| PACIFIC PROTON THERAPY REGIONAL CENTER LLC; et al., | |
| Defendants. | |

On Remand from the United States Supreme Court

Before: WATFORD and OWENS, Circuit Judges, and PRESNELL,[*] District Judge.

The judgment of the district court is vacated and the case is remanded to the

district court for further proceedings consistent with the decision of the Supreme

Court of the United States in *Liu v. Securities and Exchange Commission*, 140 S.

---

[*] The Honorable Gregory A. Presnell, United States District Judge for the Middle District of Florida, sitting by designation.

Ct. 1936 (2020).